AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: __00-10012-01__ |
| CHRISTOPHER LARRY ) | USM No: __10694-035__ |
| ) | |
| Date of Previous Judgment: November 20, 2001 ) | Carol Whitehurst |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ■ the court under 18 U.S.C. § 3582 (c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months is reduced to _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
The defendant has been given sufficient credit for cooperation. Also, the previously imposed sentence is still sharply below the amended guideline range.

Except as provided above, all provisions of the Judgment dated __11/20/2001__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __3/6/08__

Effective Date: __3/6/08__
(If different from order date)

Judge's Signature

__Honorable Dee D. Drell, U.S. District Judge__
Printed Name and Title

COPY SENT:
DATE: 03/06/08
BY: UH
TO: USPO